FILED
JUN - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PIERRE MANDZANDZA**
18347 Honeylocust Circle
Gaithersburg, Maryland 20879

    **Plaintiff**

    v.

**AIU INSURANCE COMPANY**
80 Pine Street
11th Floor
New York, New York 10005

Serve: Corporation Service Company
       1090 Vermont Avenue, NW
       Washington, DC 20005

    **Defendant**

CASE NUMBER   1:06CV01020
JUDGE: Emmet G. Sullivan
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 06/■■/2006

## COMPLAINT

Plaintiff Pierre Mandzandza, by and through his attorneys, David J. Martin and Meyers, Rodbell & Rosenbaum, P.A., sues Defendant AIU Insurance Company ("AIU"). In support thereof, Plaintiff states as follows:

### I. JURISDICTION

1.    At all times relevant, Plaintiff is employed as Defense Attache at the Embassy of the Congo, 4891 Colorado Avenue, N.W., Washington, D.C.

2.    Plaintiff is a member of a mission as that term is defined by 22 U.S.C. § 254(a).

3.    On February 9, 2005, Plaintiff was a passenger in a single vehicle accident in which his wife, Germaine Mandzandza, was driving a motor vehicle insured by Defendant AIU which carried bodily injury liability insurance and uninsured motorist coverage.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

4. The accident which forms the basis of this case occurred in Washington, D.C.

5. Germaine Mandzandza is a member of the family of a member of a mission as that term is defined by 22 U.S.C. § 254(a)

6. This Court has jurisdiction over this matter in accordance with 28 U.S.C. §1351 and 1364.

## II. STATEMENT OF FACTS

7. On or about February 9, 2005, Plaintiff was a front seat passenger in a vehicle driven by his wife, Germaine Mandzandza, who was proceeding southbound on 16th Street, N.W., Washington, D.C.

8. At the same, an unidentified driver of a truck was also proceeding southbound on 16th Street, N.W., to the left of the Plaintiff's vehicle.

9. As the truck drew closer to the Plaintiff's vehicle, Germaine Mandzandza pulled the wheel hard to the right, lost control of the vehicle, and struck a tree alongside 16th Street, N.W.

10. In the alternative, the unidentified driver of the truck negligently entered the lane occupied by the Plaintiff's vehicle, which caused Germaine Mandzandza to swerve to the right in an attempt to avoid a collision.

11. That at all times relevant Plaintiff was free of any contributory negligence as to the cause of the accident and/or the injuries sustained. Likewise, Plaintiff did not assume the risk of injury.

**COUNT I**
**NEGLIGENCE**

That paragraphs 1 through 11 are incorporated herein and Plaintiff further alleges as

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

follows:

12. That at all times relevant, it was the duty of Germaine Mandzandza to operate her vehicle in a safe, prudent and reasonable manner to wit:

- To safely operate her vehicle at a reasonable rate of speed;
- To keep a proper lookout for other vehicles traveling on the roadway and control the speed of her vehicle to avoid an accident;
- To operate her vehicle in accordance with the District of Columbia Motor Vehicle Regulations;
- To maintain her lane of travel; and
- To generally operate her vehicle in a safe, reasonable and prudent manner.

13. That despite the duties owed, Germaine Mandzandza failed to operate her vehicle in a safe and reasonable manner as previously alleged and breached all of the foregoing duties.

14. That as a proximate result of the negligence of Germaine Mandzandza and the resulting collision, Plaintiff was caused to suffer personal injuries and significant pain and suffering. Further, Plaintiff has in the past and will in the future suffer monetary losses, including but not limited to, lost wages, property damage, medical expenses and related monetary losses.

**WHEREFORE,** Plaintiff demands judgment against Defendant AIU Insurance Company in the amount of $100,000.00 plus costs and interest.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

## COUNT II

## BREACH OF CONTRACT

15. That paragraphs 1 through 11 are incorporated herein and the Plaintiff further alleges as follows:

16. That all times relevant, Plaintiff was covered by the terms of a contract of insurance purchase previously purchased from Defendant AIU.

17. That in accordance with the insurance coverage provided by AIU, Plaintiff is entitled to payment for bodily injury, property damage, and lost wages sustained as a result of the negligent operation of a motor vehicle by an uninsured motorist.

18. At the time of the accident, an unknown operator of a truck negligently entered the lane occupied by the Plaintiff's vehicle, which caused Germaine Mandzandza to swerve to the right in an attempt to avoid a collision.

19. The owner and operator of the truck cannot be identified and is therefore considered uninsured.

20. A demand has been made upon Defendant AIU for payment of uninsured motorist benefits available under the policy.

21. AIU has refused to pay benefits in accordance with the insurance coverage provided. As such, AIU has breached the aforesaid contract for insurance coverage.

22. As a result of AIU's breach, Plaintiff has sustained damages as set forth above in paragraph 14 and incorporated herein by reference.

**WHEREFORE,** Plaintiff demands judgment against Defendant AIU Insurance Company in the amount of $100,000.00 plus costs and interest.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

Respectfully submitted,

MEYERS, RODBELL
& ROSENBAUM, P.A.

David J. Martin  DC Bar #464546
6801 Kenilworth Avenue, Suite 400
Riverdale Park, Maryland  20737
301-699-5800

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800