IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| PIERRE MANDZANDZA | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1-06CV01020 |
| AIU INSURANCE COMPANY | : | |
| Defendants. | : | |

ANSWER OF DEFENDANT AIU INSURANCE COMPANY

_____Comes now Defendant, AIU Insurance Company, by counsel, as his response to Plaintiff's First Amended Complaint, states as follows:

First Defense

The Complaint fails to state a cause of action upon which relief may be based.

Second Defense

Defendant reserves on the issue of jurisdiction pending the development of relevant facts through discovery, investigation or at trial.

Third Defense

As to the numbered items in Plaintiff's Complaint, Defendant states as follows:

1. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 2 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

2. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 2 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

3. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 2 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

4. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 4 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

5. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 5 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

6. Defendant reserves on the issue of jurisdiction as set forth in his Second Defense.

7. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 7 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

8. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 7 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

9. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 7 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

10. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 7 and, therefore, to the extent they are material as to this defendant, proof thereof is demanded.

11. The allegations contained in Paragraph 6 are denied.

12. Paragraph 7 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

13. The allegations contained in Paragraph 6 are denied.

14. The allegations contained in Paragraph 6 are denied.

15. Defendant incorporates by reference all defenses previously set forth.

16. Paragraph 7 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

17. Paragraph 7 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

18. Defendant is without sufficient information upon which to form a belief as to the truth of the allegations contained in paragraph 7 and, therefore, to the extent they

are material as to this defendant, proof thereof is demanded.

19. Paragraph 7 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

20. Paragraph 7 contains statements of legal opinion and conclusions which are neither admitted nor denied but proof thereof is demanded.

21. The allegations contained in Paragraph 6 are denied.

22. The allegations contained in Paragraph 6 are denied.

### Fourth Defense

Plaintiff's injuries or damages, if any, were caused by his own sole contributory negligence and/or he assumed the risks incident to his behavior.

### Fifth Defense

Any and all allegations not expressly admitted are heretofore denied.

WHEREFORE, Plaintiff demands judgment against Defendant AIU Insurance Company in the amount of $100,000.00 plus costs and interest.

          MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By:_____
    Robert P. Lynch #416824
    1629 K Street, N.W.
    Suite 802
    Washington, DC 20006
    (202) 785-0123
    (202) 393-3390 (fax)
    Counsel for Defendant
    Yalfalken Habtamu

CERTIFICATE OF SERVICE

_____
Robert P. Lynch