CO-386-online
10/03

# United States District Court
# For the District of Columbia

PIERRE MANDZANDZA )
)
)
)
                Plaintiff )    Civil Action No. __1:06-cv-1020__
vs )
AIU INSURANCE COMPANY )
)
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __AIU INSURANCE COMPANY__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AIU INSURANCE COMPANY__ which have any outstanding securities in the hands of the public:

  American International Group, Inc.; Insurance Co. of the State of Pennsylvania.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

416824
BAR IDENTIFICATION NO.

Robert P. Lynch
Print Name

1629 K Street, N.W., Suite 802
Address

Washington, DC  20006
City     State     Zip Code

(202) 785-0123
Phone Number