IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERRE MANDZANDZA, :

    Plaintiff, :

v. : Case No. 1:06CV1020

AIU INSURANCE COMPANY. : Judge: Emmet G. Sullivan
        Deck Type:  Personal Injury

    Defendant. :

<u>JOINT RULE 16.3 REPORT</u>

COME NOW the Plaintiff and Defendant, and having conferred pursuant to Local Rule 16.3(a) and Fed. R. Civ. P. 26(f), do hereby submit their Joint Rule 16.3 Report, and further state as follows:

This case arises from a single vehicle accident which occurred on February 9, 2005. The Plaintiff was a passenger in a vehicle driven by his wife, Germaine Mandzandza, which was proceeding southbound on 16th Street, N.W., Washington, D.C.  At the same time, the unidentified driver of a white box truck was traveling in the same direction, to the left of the Plaintiff's vehicle.  As the truck drew closer to the Plaintiff's vehicle, Mrs. Mandzandza swerved to the right, lost control of her vehicle, and struck a tree alongside 16th street.

As a result of the accident, Plaintiff sustained personal injuries.  The claimed damages include $17,401.00 in medical bills along with a claim of $12,000.00 in lost wages.

Plaintiff and his wife are diplomats of the Congo.  Plaintiff is currently employed as the defense attaché for the Embassy of the Congo, 4891 Colorado Avenue, N.W.,

Washington, D.C.  Therefore, Plaintiff has filed this direct action against Defendant AIU Insurance Company in accordance with 28 USC sec. 1364.

1.	DISPOSAL BY DISPOSITIVE MOTION:  Disposal by dispositive motion will depend on facts exposed in discovery, but is unlikely.

2.	DATE TO AMEND PLEADINGS / JOIN OTHER PARTIES:  Other parties shall be joined by August 30, 2006; pleadings shall be amended by August 30, 2006.

3.	MAGISTRATE JUDGE:  The parties do not consent to assign this case to a magistrate judge at this time.

4.	SETTLEMENT:  Settlement of the case will depend on matters exposed in discovery, however, the parties submit that there is a realistic possibility of settlement.

5.	ALTERNATIVE DISPUTE RESOLUTION:  Alternative Dispute Resolution, specifically Mediation, is requested.  The parties request that Mediation be scheduled within sixty (60) days of the close of discovery. The parties have also discussed resolution of the case through private arbitration.

6.	SUMMARY JUDGMENT:  The parties believe that the case is unlikely to be resolved by summary judgment.  However, in the event summary judgment motions are to be filed, the parties request that the motions be filed within forty-five (45) days of the close of all discovery.  Opposition briefs are to be filed within fourteen (14) days after receipt of the initial briefs and replies are to be filed within ten (10) days after receipt of opposition briefs.

7.	INITIAL DISCLOSURES: The parties do NOT consent to dispense with the initial disclosure requirements of Fed.R.Civ.P. 26(a).

8.  DISCOVERY: The parties request that discovery close on October 31, 2006. The parties do not request any changes to limitations on discovery under either the Local Rules or the Federal Rules of Civil Procedure.

9.  EXPERTS: Agreed deadlines for the exchange of expert witnesses pursuant to Fed.R.Civ.P. 26(a)(2) are as follows: for Plaintiff: August 30, 2006; for Defendants: September 30, 2006.

10. CLASS ACTIONS: Not applicable.

11. BIFURCATION: The parties do not believe this case is appropriate for bifurcation.

12. PRE-TRIAL CONFERENCE: The parties request that a Pre-Trial Conference be scheduled for forty-five (45) days after the Mediation.

13. TRIAL: Trial may be scheduled at the Court's convenience at the Pre-Trial Conference, however, the parties request trial be scheduled within thirty (30) to sixty (60) days of the Pre-Trial Conference.

14. OTHER MATTERS:   None.

Respectfully submitted,

MACLEAY, LYNCH, GREGG & LYNCH, P.C

By:_____/s/_____

Robert P. Lynch #416824
1629 K Street, N.W.
Suite 802
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)
*Counsel for Defendant*
*AIU Insurance Company.*

By:_____/s/_____

David Martin, Esq.
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737
(301)699. 5800
*Counsel for Plaintiff*
*Pierre Mandzandza*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically delivered, this 1st day of August, 2006 to:

David Martin, Esq. #
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737
*Counsel for Plaintiff*

_____/s/_____

Robert P. Lynch