**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PIERRE MANDZANDZA** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **Civil Action No.:  1:06-cv-1020** |
| | * | **Judge Emmet G. Sullivan** |
| **AIU INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**MOTION TO CONTINUE INITIAL STATUS CONFERENCE**

Plaintiff Pierre Mandzandza, by and through his attorneys, David J. Martin and Meyers, Rodbell & Rosenbaum, P.A., moves to continue the Initial Status Conference set for September 7, 2006. In support thereof, Plaintiff states as follows:

1.     The Initial Status Conference in the above-captioned matter is currently scheduled for September 7, 2006 at 10:00 am in Courtroom 24A before Judge Emmet G. Sullivan.

2.     Counsel for the Plaintiff is unavailable on September 7, 2006 due to previously scheduled family vacation in California.

3.     Counsel for the Plaintiff and Defendant are available for an Initial Status Conference on any of the following dates: September 22, 27 and October 2, 2006.

**WHEREFORE**, it is respectfully requested that the Initial Status Conference presently set for September 7, 2006 be continued to one of the foregoing dates.

Respectfully submitted,

MEYERS, RODBELL
& ROSENBAUM, P.A.

_____/s/_____

David J. Martin  DC Bar #464546
6801 Kenilworth Avenue, Suite 400
Riverdale Park, Maryland  20737
301-699-5800
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this _____18th__ day of August, 2006, a copy of the foregoing Motion to Continue Initial Status Conference was mailed first class, postage prepaid to:


Robert P. Lynch, Esq.
1629 K Street, N.W.
Suite 802
Washington, D.C. 20006




_____/s/_____

David J. Martin

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PIERRE MANDZANDZA** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v.** | * | **Civil Action No.:  1:06-cv-1020** |
| | * | **Judge Emmet G. Sullivan** |
| **AIU INSURANCE COMPANY** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

## <u>ORDER</u>

**UPON CONSIDERATION** of Plaintiff's Motion to Continue the Initial Status Conference, and for good cause shown, it is this _____ day of _____, 2006, hereby,

**ORDERED**, that Plaintiff's Motion to Continue the Initial Status Conference is **GRANTED**, and it is further,

**ORDERED**, that the Initial Status Conference shall be reset for

_____ at _____ a.m. in Courtroom _____

before Judge Emmet G. Sullivan.


_____
JUDGE, United States District Court for
the District of Columbia

Copies to:

David J. Martin, Esq.
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737

3

Robert P. Lynch, Esq.
1629 K Street, N.W.
Suite 802
Washington, D.C. 20006