UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE MANDZANDZA** | \* |
| | \* |
| Plaintiff | \* |
| | \* |
| v. | \* Civil Action No.: 1:06-cv-1020 |
| | \* Judge Emmet G. Sullivan |
| **AIU INSURANCE COMPANY** | \* |
| | \* |
| Defendant | \* |
| | \* |

### PLAINTIFF'S RULE 26(a)(2) STATEMENT

Plaintiff Pierre Mandzandza, by his attorneys, David J. Martin, and Meyers, Rodbell & Rosenbaum, P.A., files the following Rule 26(a)(2) Statement in the above-captioned matter:

Plaintiff intends to call Jack Sava, M.D., Christian C. Gregory, D.C. or another treating health care provider with Washington Hospital Center or Advanced Family Chiropractic Clinic, who will testify as to his/her qualifications as an expert, his/her examination(s) of the Plaintiff, and the results of any diagnostic tests that were performed. He/she will testify that the Plaintiff sustained: closed head injury and concussion with post concussion syndrome, left pleural effusion, left sided chest pain, left leg pain, a contusion and strain of the left shoulder and arm along with sprains of the cervical, thoracic, and lumbar spine.

This health care provider will also testify that the injuries sustained were caused by the accident at issue in this case. The health care provider will opine that all of the medical treatment and physical therapy rendered was reasonable and necessary and that the bills for such treatment are fair, reasonable, and customary in light of the injuries sustained by the Plaintiff.

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800

Respectfully submitted,

MEYERS, RODBELL & ROSENBAUM, P.A.

/s/
———————————————
David J. Martin  #464546
6801 Kenilworth Avenue, Suite 400
Riverdale Park, Maryland  20737
301-699-5800

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of October, 2006, a copy of the foregoing 26(a)(2) Statement was mailed, postage prepaid to:

Robert P. Lynch, Esquire
1629 K Street, N.W.
Suite 802
Washington, D.C.  20006

/s/
———————————————
David J. Martin

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800