IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PIERRE MANDZANDZA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:06CV1020 |
| AIU INSURANCE COMPANY. | : | Judge: Emmet G. Sullivan |
| | | Deck Type:  Personal Injury |
| Defendant. | : | |

## DEFENDANT'S DISCLOSURES UNDER RULE 26(A)(2)

Defendant, by counsel, submits this Statement pursuant to the Rules of this Court, and reserves the right to call the following expert witnesses at trial:

1. David C. Johnson, M.D.
   Drs. Collins, Johnson, Tozzi & Starr, P.C.
   106 Irving Street, N.W., #215
   Washington, D.C.  20010

Dr. Johnson is a board-certified orthopedic surgeon.  He will testify regarding his education, training, and experience consistent with his current curriculum vitae, a copy of which will be furnished upon request.  He will also testify regarding his examination of the Plaintiff and review of the Plaintiff's medical records and/or diagnostic studies.  It is anticipated that he will testify as to whether the Plaintiff's medical treatment and wage loss claim are causally related to the occurrence as described in Plaintiff's Complaint, and whether the Plaintiff sustained any permanent injury.  Based upon facts obtained during the course of discovery, Dr. Johnson may also render an opinion regarding the reasonableness and necessity of Plaintiff's medical expenses and/or treatment; and the standard of care Plaintiff may have received from his treating physicians.  It is anticipated that his testimony will be consistent with his report regarding his examination of the Plaintiff, a copy of which shall be provided upon receipt of same.   Defendant also incorporates by reference any opinions expressed in Dr. Johnson's deposition testimony.

2. Defendant also reserves the right to rely on the expert witnesses identified by the Plaintiff.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By_____/s/_____
Robert P. Lynch, #416824
Suite 802
1629 K Street, N.W.
Washington, D.C.  20006
(202) 785-0123
Fax (202) 393-3390
*Attorney for Defendant,*
*AIU Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically delivered, this 30th day of November, 2006 to:

David Martin, Esq.
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737
*Counsel for Plaintiff*

_____/s/_____
Robert P. Lynch