UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE MANDZANDZA** | * |
| **Plaintiff** | * |
| v. | * Civil Action No.: 1:06-cv-1020 |
| | * Judge Emmet G. Sullivan |
| **AIU INSURANCE COMPANY** | * Status Conference 1-30-07 at 12pm |
| **Defendant** | * |

## JOINT STATUS REPORT

Plaintiff Pierre Mandzandza, by and through his attorneys, David J. Martin and Meyers, Rodbell & Rosenbaum, P.A., and Defendant AIU Insurance Company and Robert P. Lynch and Macleay, Lynch, Gregg & Lynch, P.C., file this Joint Status Report. In support thereof, Plaintiff states as follows:

1.  The parties last appeared before the Court on September 26, 2006 for a Status Conference.

2.  The parties recently completed depositions and Plaintiff has provided complete written discovery responses. Defendant is in the process of finalizing its written discovery responses.

The parties have engaged in some discussion regarding settlement and will continue to do so prior to the Status Conference set for January 30, 2007. Plaintiff has also proposed resolving the claim through mediation and/or arbitration.

3.  There are no pending motions.

4.  The parties do not expect it will be necessary for the Court to resolve any matters at the time of the Status Conference.

5. The parties request a settlement conference with a magistrate judge.

Respectfully submitted,

MEYERS, RODBELL
& ROSENBAUM, P.A.

/s/
---
David J. Martin  DC Bar #464546
6801 Kenilworth Avenue, Suite 400
Riverdale Park, Maryland  20737
301-699-5800
Counsel for Plaintiff

/s/
---
Robert P. Lynch DC Bar #416824
1629 K Street, N.W.
Suite 802
Washington, D.C. 20006
Counsel for Defendant