UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERRE MANDZANDZA** | * |
| Plaintiff | * |
| v. | * Civil Action No.: 1:06-cv-1020 |
| | * Judge Emmet G. Sullivan |
| **AIU INSURANCE COMPANY** | * Next Event: Mediation on 3-16-07 |
| | * before Magistrate Judge Kay |
| Defendant | * |

## STIPULATION OF VOLUNTARY DISMISSAL

The parties in the above-captioned matter have agreed to resolve all issues in a private, binding arbitration. Therefore, please mark the case as being dismissed with prejudice.

Respectfully submitted,

MEYERS, RODBELL
& ROSENBAUM, P.A.

/s/
David J. Martin  DC Bar #464546
6801 Kenilworth Avenue, Suite 400
Riverdale Park, Maryland 20737
301-699-5800
Counsel for Plaintiff

/s/
Robert P. Lynch, Esq. DC  Bar #416824
1629 K Street, N.W.
Suite 802
Washington, D.C. 20006
Counsel for Defendant

LAW OFFICES
MEYERS, RODBELL
& ROSENBAUM, P.A.
SUITE 400-BERKSHIRE BUILDING
6801 KENILWORTH AVENUE
RIVERDALE PARK, MARYLAND 20737-1385
(301) 699-5800